# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>JOSHUA E. SMITH<br><br>*Defendant(s)* | )<br>)<br>) Case No. 22-mj-2315<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 7, 2020__ in the county of __Davidson__ in the __Middle__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Possession of a firearm by a previously convicted felon |

This criminal complaint is based on these facts:

Please see the attached statement in support of criminal complaint.

☑ Continued on the attached sheet.

/s/ R. Morgan Madison
*Complainant's signature*

ATF S/A R. Morgan Madison
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 27, 2022

*Judge's signature*

City and state: NASHVILLE, TN

Jeffery S. Frensley, United States Magistrate Judge
*Printed name and title*

# STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT

I, R. Morgan Madison, having been duly sworn, hereby depose and swear to the following:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since November 2015. I am currently assigned to the Nashville Field Division, Nashville V Field Office. As a Special Agent for the ATF, I investigate various violations of federal law, to include firearms and drug offenses.

2. The facts contained in this affidavit are based on first-hand knowledge or information learned during this investigation from law enforcement sources or from witnesses. This affidavit does not contain each detail known by your affiant regarding this investigation. Instead, this affidavit provides information necessary to establish probable cause to arrest Joshua E. SMITH who has committed the offenses of 18 U.S.C. §§ 922(g)(1) on July 7, 2020. Except where indicated, all statements referenced herein are set forth in substance and in part, rather than verbatim.

3. In December 2021, Bureau of Alcohol, Tobacco, Firearms and Explosives Agents initiated a joint investigation with Metropolitan Nashville Police Department into Joshua E. SMITH.

4. On July 7, 2020, SMITH and his girlfriend Sierra Wilson travelled to Nashville Armory located at 4290 Kenilwood Drive, Nashville, Tennessee. While at Nashville Armory, SMITH purchased two (2) pink practice targets, one (1) box of TULAMMO .40 caliber ammunition, and SMITH paid for one (1) additional shooter (Sierra Wilson), one (1) lane rental, and the rental of one (1) Glock model 27, .40 caliber pistol bearing serial number BBTW355.

5. On November 3, 2021, a video was uploaded to the Instagram account "j_hoyas". Law Enforcement Officers previously identified this account to be utilized by SMITH, SMITH

1

also utilizes the street name "J-Hoya." On November 4, 2020, MNPD Detectives recorded the video (18 hours after it was posted on Instagram).

6. On December 20, 2021, MNPD Detectives arrested SMITH. During the arrest, Detectives recovered SMITH's cellular phone. A state issued search warrant was obtained and executed on SMITH's phone. Review of the data extraction revealed multiple videos of SMITH and Wilson at the Nashville Armory range.

7. Review of the videos from Instagram and the data extraction depict SMITH shooting a pink target with a black semiautomatic pistol at an indoor range consistent with Nashville Armory. The proprietary pink targets that say "Nashville Armory" on the white background are clearly visible in the videos.



8. In April 2022, MNPD Detective Daugherty and ATF Special Agent Madison reviewed recorded jail communications from SMITH's incarceration at Davidson County Detention Center. Law enforcement utilized a "reverse lookup" for Sierra Wilson's phone number and identified that SMITH utilized the OCA and phone pin for Ketherio Lewis. During a call on February 24, 2022, at 3:20:04 PM, SMITH and Wilson discussed the state case for SMITH's probation violation which was presented at court. Wilson advised SMITH that the attorney stated the government was "building a case on him." SMITH told Wilson that he "put his sentence into effect so that nothing gets put on record about the video because he [SMITH] isn't charged with it." Wilson stated, "the feds will pick it up if they can prove it." Wilson also told SMITH that Detectives possessed receipts for SMITH from Nashville Armory. SMITH replied, "they got that video from the phone when we [SMITH and Wilson] went." Wilson replied, "yea." SMITH became angry with Wilson during the conversation because Wilson did not retrieve the phone from MNPD property once the General Sessions case against SMITH was dismissed.

9. On September 26, 2022, SA Madison travelled to Nashville Armory and retrieved the receipts and rental record for SMITH. SA Madison also confirmed the make, model, caliber, and serial number of the Glock 27 which SMITH rented. SA Madison also confirmed that SMITH signed the liability waiver required by Nashville Armory during his [SMITH's] visit. Nashville Armory confirmed for SA Madison that the Glock 27 pistol was sold on July 17, 2020, to a private party. A review of the Acquisition and Disposition records confirmed the pistol was indeed sold as described.

10. An ATF Firearms Interstate Nexus Expert and analyzed the firearm described herein. The ATF Firearms Interstate Nexus Expert determined that the Glock model 27, .40 caliber pistol bearing serial number BBTW355, is a firearm, as defined by 18 U.S.C. § 921(a)(3), and that

the firearm was not manufactured in the state of Tennessee; and, therefore, at some point in time, traveled in and affected interstate or foreign commerce.

11. SA Madison obtained certified copies of one (1) felony conviction of which SMITH was previously convicted in the Criminal Court of Davidson County prior to July 2020; Especially Aggravated Robbery in 2015.

12. Based on the foregoing, I submit that there is probable cause that Joshua E. SMITH has committed the offenses of 18 U.S.C. §§ 922(g)(1) on July 7, 2020.

Further affiant sayeth not.